# In the United States District Court for the Southern District of Georgia
# Brunswick Division

JOHN WILLIAMS,

    Plaintiff,

v.

EXPERIAN INFORMATION SOLUTIONS INC. and TRANSUNION LLC,

    Defendants.

CV 223-103

## ORDER

Before the Court is the parties' stipulation of dismissal, dkt. no. 19, wherein they notify the Court that they wish to dismiss this action with prejudice. The parties having complied with Federal Rule of Civil Procedure 41(a)(1)(A)(ii), all claims in this action are hereby **DISMISSED** with prejudice. Each party shall bear its own fees and costs. The Clerk is **DIRECTED** to terminate all pending motions and close this case.

**SO ORDERED**, this 9 day of January, 2024.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA